IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO.  7:09-CR-142-1F
NO.  7:09-CR-142-2F

UNITED STATES OF AMERICA      :

                                 :        **JUDGMENT**

            v.                   :

                                   :

ROY L. CREASY, D.C.            :
TAMALA CREASY NEWTON      :


Pursuant to the Preliminary Order of Forfeiture entered by the Court on September 9, 2010, judgment is hereby entered against defendants, ROY L. CREASY, D.C. and TAMALA CREASY NEWTON, jointly and severally, in the amount of $3,000,000.00.  Post-judgment interest shall accrue at the rate of .29%.

This 22nd day of Feb , 2011.

_____
DENNIS P. IAVARONE
Clerk
U. S. District Court