IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:09-CR-142-1F
NO. 7:09-CR-142-2F

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| ROY L. CREASY, D.C. | ) |
| TAMALA CREASY NEWTON | ) |

**FINAL ORDER OF FORFEITURE**

WHEREAS, on September 9, 2010, this Court entered a Preliminary Order of Forfeiture pursuant to the provision of 18 U.S.C. §§ 982(a)(7) and 981(a)(1)(C), based upon the defendant pleading guilty to 18 U.S.C. § 371, and agreeing to the forfeiture of the property listed in the September 9, 2010 Preliminary Order of Forfeiture, to wit:

All that lot or parcel of land, together with its buildings, improvements, fixtures, attachments, easements, and all appurtenances located at 2026 Lynwood Drive, Wilmington, North Carolina, as described in a deed recorded in Book 9907, pages 1107 of the New Hanover County Register of Deeds. Titled to Roy L. Creasy, Jr.

AND WHEREAS, the United States published notice of this forfeiture at the www.forfeiture.gov web site for at least 30 consecutive days, between December 19, 2010 and January 17, 2011, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty of Maritime Claims and Asset Forfeiture Actions. Said

published notice advised all third parties of their right to petition the court within sixty (60) days from the first day of the publication date for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, it appears from the record that no claims, contested or otherwise, have been filed for the property described in this Court's September 9, 2010 Preliminary Order of Forfeiture, other than that of New Hanover County, which the Government recognizes;

It is HEREBY ORDERED, ADJUDGED and DECREED:

1. That the property listed in the September 9, 2010 Preliminary Order of Forfeiture is hereby forfeited to the United States. That the United States Department of Justice is directed to dispose of the property according to law, making due allowance for the claim of New Hanover County.

2. That any and all forfeited funds shall be deposited by the United States Department of Justice as soon as located or recovered into the Department of Justice's Assets Forfeiture Fund in accordance with 28 U.S.C. § 524(c) and 21 U.S.C. § 881(e).

The Clerk is hereby directed to send copies of this Order to all counsel of record.

SO ORDERED this  3rd  of day  May  , 2012.

_____
JAMES C. FOX
SENIOR UNITED STATES DISTRICT JUDGE

3