UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:09-CR-142-1-F
No. 7:09-CR-142-2-F

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| ROY L. CREASY | ) | |
| TAMALA CREASY NEWTON. | ) | |
| Defendants. | ) | |

The Government is DIRECTED to file a response to OneWest Bank, FSB's Amended Petition to Determine its Interest in Property Subject to Forfeiture [DE-121] on or before **October 5, 2012**. The Government is further DIRECTED to address, not only the timing, process and standing of petitioner's request for relief, but also the efficacy of the documents of record in this case to effect its own interest in the subject real property.

SO ORDERED.

This, the 5th day of September, 2012.

JAMES C. FOX
Senior United States District Judge