UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:09-CR-142-1-F
No. 7:09-CR-142-2-F

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| ROY L. CREASY | ) | |
| TAMALA CREASY NEWTON. | ) | |
| Defendants. | ) | |

As the Government concedes that the Final Order of Forfeiture herein was improvidently entered, see Response [DE-125], it is ORDERED that the Final Order [DE-118] hereby is STRICKEN. Furthermore, the petitions filed by New Hanover County [DE-115] and OneWest Bank [DE-120 & DE-121] are DENIED as MOOT. The Government's Motion to Strike [DE-126] is ALLOWED.

The Government is DIRECTED to take such action as is necessary and appropriate to correct the North Carolina real property records affected by its ineffective efforts to forfeit the subject real property.

SO ORDERED.

This, the 24th day of October, 2012.

JAMES C. FOX
Senior United States District Judge